UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. COLE, | No. 2:16-cv-2570 CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. REAMES, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. On December 15, 2016, the complaint was dismissed, and plaintiff was granted thirty days' leave to amend. (ECF No. 5.) Plaintiff's amended complaint is now before the court for screening. (ECF No. 8.) See 28 U.S.C. § 1915A(a). Plaintiff has consented to Magistrate Judge jurisdiction over all proceedings this action. (ECF No. 4.)

Having reviewed the amended complaint, the undersigned concludes that it fails to cure the defects of the original complaint as discussed in the December 15, 2016 screening order, or state a cognizable claim against any defendant. Because it appears that another round of amendment would be futile, the undersigned will dismiss this action without prejudice.

////

////

////

1    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

2    Dated:  March 1, 2017

                                                    CAROLYN K. DELANEY
                                                    UNITED STATES MAGISTRATE JUDGE

9    2 / cole2570.fac